AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan

United States of America

v.

Rocky Leland Parker

_____
*Defendant(s)*

)
)
)
)
)
)
)
)

Case No.

1:23-mj-00362

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 1, 2023_____ in the county of _____Berrien_____ in the _____Western_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

_____
*Complainant's signature*

DEA TFO Marcel Behnen
_____
*Printed name and title*

Date: _____08/03/2023_____

City and state:   Grand Rapids, Michigan

_____
*Judge's signature*

Sally J. Berens, U.S. Magistrate Judge
_____
*Printed name and title*