## CONTINUATION OF A CRIMINAL COMPLAINT

I, Marcel Behnen, being duly sworn, state as follows:

### Introduction

1)      This continuation is made in support of a criminal complaint to authorize the arrest of Rocky Leland PARKER for possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), on or about August 1, 2023, in Berrien County, in the Western District of Michigan. This continuation is made for the limited purpose of establishing probable cause and does not include each and every fact known by me or the government.

2)      I am a Task Force Officer with the United States Drug Enforcement Administration, United States Department of Justice and have been so since March 2019. I have been a police officer with the Kalamazoo Department of Public Safety (KDPS) for more than 15 years, the last 6 of which I have been assigned as an investigator with the Kalamazoo Valley Enforcement Team (KVET), which is tasked with investigating narcotics trafficking.  I am currently assigned to the Grand Rapids District Office in the DEA's Detroit Field Division.  During my time as a Task Force Officer, I have participated in investigations of unlawful drug trafficking and money laundering and, among other things, have conducted or participated in surveillance, the execution of search warrants, debriefings of informants, reviews of taped conversations and drug records, and have participated in investigations that included

1

the interception of wire and electronic communications.   Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed, the methods of payment for such drugs, the laundering of narcotics proceeds, and the dialect, lingo, and coded language used by narcotics traffickers.   As a DEA Task Force Officer, I am charged with investigating controlled substance violations under Title 21, including charges of possession with intent to distribute controlled substances in violation of Title 21, United States Code, Section 841. These investigations also involve the investigation of weapons offense violations under Title 18, including charges of being a felon in possession of a firearm or possession of a firearm in furtherance of a drug trafficking offense. In my training and experience, drug traffickers commonly have in their possession, either on their person or at their residence, firearms. These firearms are used to protect and secure the proceeds and products of drug trafficking and the drug trafficker herself.

3)      The information set forth in this criminal complaint is based on my personal knowledge gained from my participation in this investigation and my review of other law enforcement officers' reports, including reports of witness and suspect interviews.

4)      I respectfully submit that the facts set forth in this criminal complaint establish probable cause to believe that on or about August 1, 2023, in Berrien County in the Southern Division of the Western District of Michigan, Rocky Leland PARKER knowingly and intentionally possessed with intent to distribute a mixture and

2

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).  PARKER threw methamphetamine from his vehicle during a traffic stop with the Michigan State Police (MSP).

## Background

5)      Rocky Leland PARKER is a 47-year-old resident of Kalamazoo, MI. PARKER has numerous felony convictions to include:

- 1995 – Breaking and Entering w/ Intent

- 1995 – Controlled Substance – Delivery/Manufacture < 50 grams

- 2002 - Controlled Substance – Delivery/Manufacture < 50 grams

- 2010 – Fleeing Police [Prison]

- 2015 – Fleeing Police

- 2019 – Assaulting/Obstructing/Resisting Police

- 2019 – Controlled Substance – Possession < 25 grams

6)      Since February 2023, the Kalamazoo Valley Enforcement Team (KVET) and Drug Enforcement Administration (DEA) have been investigating PARKER and his involvement in the distribution of methamphetamine. This investigation included six controlled buys from PARKER utilizing two different KVET Confidential Sources (CS):[1]

---

[1] The KVET Confidential Sources utilized in this investigation, seven in total, are identified/numbered KVET CS1 through KVET CS7 in previous continuations related to search warrants for premises and vehicles in this case (1:23-mj-338, 339, 343, 358). For the sake of continuity, I will continue to refer to the KVET CS who conducted the controlled buys as such.

3

a)      May   2,   2023   –   KVET   CS4   successfully   purchased methamphetamine from PARKER in Kalamazoo, MI.

b)      June   15,   2023   –   KVET   CS4   successfully   purchased methamphetamine from PARKER in Kalamazoo, MI.

c)      June   20,   2023   –   KVET   CS7   successfully   purchased methamphetamine from PARKER in Kalamazoo, MI.

d)      June 28, 2023 – KVET CS4 ordered methamphetamine from PARKER, who was in Phoenix, AZ. PARKER sent  a third party to make the sale to CS4.

e)      June 29, 2023 – KVET CS4 ordered methamphetamine from PARKER, who was in Phoenix, AZ. PARKER sent a third party to make the sale to CS4.

f)      July   13,   2023   –   KVET   CS4   successfully   purchased methamphetamine from PARKER in Kalamazoo, MI.

7)      This   is   screenshot   from   a recording from the June 20, 2023 controlled buy     where     PARKER     removed methamphetamine   from   his   pants   in   a vehicle:



8)      Additionally,              during PARKER's July 14 – July 21, 2023 trip to Phoenix,   AZ,   investigators   identified   5

4

suspected packages from Phoenix, AZ sent to addresses associated with PARKER's girlfriend:

a) Two packages arrived on July 19, 2023 to 753 Skinner Dr, Kalamazoo, MI, which is believed to be PARKER's girlfriend's former residence as it still appears on the girlfriend's Michigan operator's license and PARKER's girlfriend has paid the utilities there through mid-June. This is the former residence of PARKER's girlfriend. Following the delivery of these packages, KVET confidential sources indicated PARKER told them he had methamphetamine available for sale.

b) Three packages scheduled for delivery on July 21, 2023. One to 753 Skinner Dr, Kalamazoo, MI; two packages to 525 Vernon St, Kalamazoo, MI, where investigators believe PARKR's girlfriend  resides based on surveillance of her being there and that she is registered as the individual who pays the utilities here. One package was delivered to each location. One package, destined for 525 Vernon St, Kalamazoo, MI, was detained and subsequently opened and seized by USPIS pursuant to a federal search warrant and found to contain approximately 3 pounds of methamphetamine (1:23-mj-00345).

**Probable Cause**

9) On July 27, 2023, investigators learned that PARKER, through court-authorized electronic location monitoring of his cell phone, was travelling westbound on I-94, away from Kalamazoo, MI. Investigators believed PARKER was again

heading to Phoenix, AZ to obtain methamphetamine, either to drive it back to Michigan as he is suspected to have done in early July, or mail it back as he did between July 19, 2023 and July 21, 2023.

10)     On July 28, 2023, investigators learned from a security representative with PV Holding Corp that PARKER's girlfriend had rented a 2023 Ford Edge, New York license plate "LCF5751" (identified as SUBJECT VEHICLE-2).

11)     Through LPR technology, investigators learned that SUBJECT VEHICLE-2 was travelling westbound as well, consistent with the electronic location monitoring of PARKER's cell phone, through the Indiana/Illinois border, St, Louis, MO, Amarillo, TX, and ultimately to Phoenix, AZ.

12)     On July 31, 2023, it appeared PARKER was travelling in a northeasterly direction, likely headed back to Kalamazoo, MI. USPIS investigators did not identify suspect packages that were sent to known addresses associated with PARKER as they did on July 19, 2023, and July 21, 2023.

13)     On July 31, 2023, KVET CS4 contacted KVET investigators and informed them that that he/she had spoken to PARKER on the phone this afternoon. According to KVET CS4, PARKER sounded like he was in a vehicle. PARKER told him/her he would be "back" tomorrow, and PARKER indicated to him/her he would have methamphetamine available to purchase.

14)     On August 1, 2023, U.S. Magistrate Judge Sally J. Berens signed a search warrant for SUBJECT VEHICLE-2 (1:23-mj-00358).

15)     On the same day, DEA and KVET investigators, assisted by MSP Troopers, set out to locate SUBJECT VEHICLE-2 as it returned to Michigan. At approximately 6:30 pm EST, SUBJECT VEHICLE-2 was located travelling eastbound on I-94, near Gary, IN.

16)     Investigators continued to surveil SUBJECT VEHICLE-2 as it crossed into the State of Michigan, and specifically, the Western District of Michigan.

17)     At approximately 7:00 pm, MSP Troopers initiated a traffic stop on the vehicle based on it crossing the white dotted line several times, and the federal search warrant. SUBJECT VEHICLE-2 came to a stop near mile marker 4 on I-94 in Berrien County.

18)     SUBJECT VEHICLE-2 took several seconds to come to a complete stop. Once it did, as Troopers were exiting their patrol vehicle, they observed a black bag thrown from the passenger window.



19)     Troopers contacted PARKER, who was the driver and the only occupant of SUBJECT VEHICLE-2. PARKER indicated he did not have a valid license. Troopers identified him by his Michigan Identification Card. Troopers requested PARKER exit the vehicle, and he complied. PARKER was eventually placed in the front seat of the MSP cruiser.

20)     PARKER told Troopers he was going to jail because he had warrants. When asked where he was coming from, PARKER stated Chicago but provided no further details and wanted to call his mom. After initially complying with the Troopers' request to not make calls, PARKER tried to grab his phone, which was then seized by Troopers.

21)     Troopers asked PARKER what he threw out of the vehicle. PARKER denied throwing anything out of the vehicle. Troopers then told him they saw him throw a black bag from the vehicle window and pointed to it in the grass/ditch. Troopers asked PARKER what they would find when they opened it, and he stated, "It's mine." When asked why he threw it out he stated, "there's drugs in it." PARKER stated he did not want to speak anymore.

22)     Troopers then recovered the black purse/handbag. Inside they located 3 Ziplock bags containing crystalline material, which field tested positive for methamphetamine, and weighed over 1,300 grams (with packaging).

 

23)      A further search of SUBJECT VEHICLE-2 yielded a Motorola Moto G Play cell phone on the center console, and in a luggage bag in the rear of the vehicle, several loose shards of methamphetamine were also located. PARKER's Lively Jitterbug2 flip phone was also seized.

24)      PARKER was arrested on State of Michigan charges for possession with intent to distribute methamphetamine and lodged at the Berrien County Jail.

### Conclusion

25)      Based on the above information, there is probable cause to believe that on or about August 1, 2023, in Berrien County, in the Western District of Michigan, Rocky PARKER knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).