UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

    Plaintiff,

                                             Hon. Sally J. Berens

v.

                                             Case No. 1:23-mj-00362

ROCKY LELAND PARKER,

    Defendant.

_____/

**ORDER OF DETENTION**

    Defendant appeared before me on August 4, 2023, with appointed counsel for a detention

hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights,

including those attendant to a bond hearing, defendant waived his right to the hearing. I find that

his waiver was knowingly and voluntarily entered.

    Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney

General pending trial.

    DONE AND ORDERED on August 4, 2023.

                              /s/ Sally J. Berens
                               SALLY J. BERENS
                               U.S. Magistrate Judge